IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY CAIRNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE No. 3:20-CV-00609 |
| THEO'S GRILL & BAR, INC. | ) |
| and JOHN CHOKAS, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT**

Plaintiff, ANTHONY CAIRNS ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, THEO'S GRILL & BAR, INC. and JOHN CHOKAS.

Plaintiff and Defendants, THEO'S GRILL & BAR, INC. and JOHN CHOKAS, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal of Defendants with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 17th day of May, 2020.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
*Attorney-in-Charge for Plaintiff*
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

                Law Offices of
                LIPPE & ASSOCIATES

                Emil Lippe, Jr.
                State Bar No. 12398300
                Lippe & Associates
                12222 Merit Drive, Suite 1200
                Dallas, TX 75251
                Tel: (214) 855-1850
                Fax: (214) 720-6074
                Email:  emil@texaslaw.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 17th day of May, 2020.


                /s/ Douglas S. Schapiro
                Douglas S. Schapiro
                Northern District of Texas ID No. 54538FL