IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY CAIRNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 3:20-CV-00609 |
| THEO'S GRILL & BAR, INC. ) | |
| and JOHN CHOKAS, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ANTHONY CAIRNS ("Plaintiff") and Defendants, THEO'S GRILL & BAR, INC. and JOHN CROKAS ("Defendants"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants, THEO'S GRILL & BAR, INC. and JOHN CROKAS, and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 4th day of June, 2020.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Law Offices of
LIPPE & ASSOCIATES

Emil Lippe, Jr., Esq.
State Bar No. 12398300
Lippe & Associates
2222 Merit Drive, Suite 1200
Dallas, TX 75251
Tel: (214) 855-1850
Fax: (214) 720-6074
emil@texaslaw.com

Attorneys for Plaintiff


*/s/  D. Grant Seabolt, Jr.*_____
D. Grant Seabolt, Jr.
State Bar No. 17942500
Seabolt Law Group
6160 Warren Pkwy., Suite 100
Frisco, TX  75034
Tel: (214) 871-5079
grant@seaboltlaw.com

Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of June, 2020, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Northern District of Texas ID No. 54538FL
